DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHAINA ALSTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3229

[January 9, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. 10-006518 CF10A.

Shaina Alston, Quincy, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***